```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WARNER MURRAY, on behalf of himself and all others                     :
similarly situated,                                                    :
                                                                       :
                                  Plaintiff,                           :     24 Civ. 4922 (JPC)
                                                                       :
              -v-                                                      :     ORDER
                                                                       :
FULLBEAUTY BRANDS, INC.,                                               :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 15, 2024, the Court granted the parties' request to extend Defendant's time to answer the Complaint until November 13, 2024. Dkt. 13. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 20, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 27, 2024.

SO ORDERED.

Dated: November 15, 2024
      New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge